IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-cr-00304 |
| | ) | |
| | ) | JUDGE TODD CAMPBELL |
| GREGORY MITCHELL HILL | ) | |

## ORDER

Pending before the Court is a petition (the "Petition") alleging that defendant Gregory Mitchell Hill has violated his conditions of supervised release (Docket Entry 108, Under Seal). Mr. Hill has been detained in federal custody since November 21, 2013, pending resolution of this matter.

In open court, Mr. Hill admitted to violating the terms of supervision.

The Court finds that Mr. Hill has violated the conditions of supervised release. It is hereby ordered that Mr. Hill shall serve a term of 18 months' imprisonment, to be followed by one year of supervised release. The first 10 (ten) months' of the defendant's custodial sentence shall run concurrent to the state sentence he is currently serving and has served to the underlying violations alleged in the Petition in Davidson County, Tennessee, Case No. 2013-I-1263. The first ninety (90) days of the defendant's supervised release are to be served in a halfway house.

It is so ordered on this 20 day of December, 2013.

Todd Campbell
TODD CAMPBELL
UNITED STATES DISTRICT JUDGE